UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN KAPTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL CREDIT ADJUSTERS, LLC, ) <br> AND EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., ) <br> ) <br> Defendants. ) | Case No. 2:17-cv-01212-NBF |

### [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, NATIONAL CREDIT ADJUSTERS, LLC

Before the Court is Plaintiff's Request for the Clerk's Entry of Default against Defendant, NATIONAL CREDIT ADJUSTERS, LLC. Michael A. Siddons is an attorney in good standing with the Western District of Pennsylvania.

Upon consideration, and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that Plaintiff's Request is **GRANTED** and Defendant is held in Default.

Dated: 10-25-17

_____
Clerk of Court, United States District Court
for the Western District of Pennsylvania.